IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DANIEL SHICKLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20-03227-CV-S-DPR-SSA |
| | ) | |
| KILOLO KIJAKAZI,[1] | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's Application for Attorney's Fees. (Doc. 22.) Plaintiff requests an award of attorney fees in the amount of $3,926.00 pursuant to the Equal Access to Justice Act. Defendant has no objection to the request. (Doc. 23.) Upon review, the Court finds that Plaintiff is entitled to an award of attorney fees under the EAJA, and the agreed amount is reasonable. Also, per Plaintiff's Affidavit, the award may be made payable to Fredrick Vasquez. (Doc. 22-1.)

It is therefore **ORDERED** that

1. The Application for Attorney Fees is **GRANTED**; and

2. An award of attorney fees in the amount of $3,926.00 shall be paid by the Social Security Administration, subject to offset to satisfy any pre-existing debt Plaintiff may owe to the United States.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: September 16, 2021

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021. Pursuant to Fed. R. Civ. P. 25(d), Kilolo Kijakazi is substituted for Andrew M. Saul as the defendant in this suit. By reason of the last sentence of 42 U.S.C. § 405(g), no further action need be taken.